# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                                                                               RE:    Gregory TEPENKIOZIS
                                                                                       Docket Number:  2:09CR00017-01
                                                                                       PERMISSION TO TRAVEL
                                                                                       <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Greece.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 6, 2010, the probationer was sentenced for the offense of 18 USC 1030(a)(2)(A) - Computer Fraud (Class A Misdemeanor).

**Sentence imposed:**  60 months Probation; $131,795.30 restitution; $25 special assessment.  **Special Conditions:** Search; Financial disclosure; No new credit/debt; Mental health treatment; 180 days home detention with electronic monitoring; Co-payment for treatment or testing.

**Dates and Mode of Travel:**  Date pending; travel by air.

**RE:** Gregory TEPENKIOZIS
     Docket Number: 2:09CR00017-01
     <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** Mr. Tepenkiozis has requested travel to Greece to visit his ailing parents. He has been compliant with all conditions of supervision thus far. He signed a payment agreement to pay a minimum of $25-per-month toward his financial obligation. Several items were forfeited and have been applied to his restitution order. His ex-wife advises she will be supporting him financially during his trip. He has successfully completed his term of electronic monitoring. He previously traveled to Greece to see his parents in August, 2010, and June, 2011, and his travel and return were without incident. He plans to purchase airplane tickets if the Court approves his travel request.

                        Respectfully submitted,

                        /s/Julie A. Fowler
                      **JULIE A. FOWLER**
                      **United States Probation Officer**

**DATED:**    February 13, 2012
               Sacramento, California
               jaf/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                        **KYRIACOS M. SIMONIDIS**
                        **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     **x**                    Disapproved _____

<u>February 15, 2012</u>
**Date**

                                        **EDMUND F. BRENNAN**
                                        **United States Magistrate Judge**