UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                        RE:    Gregory TEPENKIOZIS
                                Docket Number: 2:09CR00017-01
                                PERMISSION TO TRAVEL
                                <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Greece. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 6, 2010, the probationer was sentenced for the offense of 18 USC 1030(a)(2)(A) - Computer Fraud (Class A Misdemeanor).

**Sentence imposed:** 60 months Probation; $131,795.30 restitution; $25 special assessment. **Special Conditions:** Search; Financial disclosure; No new credit/debt; Mental health treatment; 180 days home detention with electronic monitoring; Co-payment for treatment or testing.

**Dates and Mode of Travel:** Dates are approximately between July 25 and August 22, 2012; travel by air.

**RE:   Gregory TEPENKIOZIS**
      **Docket Number:   2:09CR00017-01**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** Mr. Tepenkiozis has requested travel to Greece to visit his ailing parents. He will be traveling with his ex-wife and their minor child. He has been compliant with all conditions of supervision thus far. He signed a payment agreement to pay a minimum of $25-per-month toward his financial obligation. Several items were forfeited and have been applied to his restitution order. His ex-wife is financially supporting the trip. He has successfully completed his term of electronic monitoring. He previously traveled to Greece to see his parents in August, 2010, June, 2011, and February 2012, and his travel and return were without incident. He plans to purchase airplane tickets if the Court approves his travel request.

                             Respectfully submitted,

                             /s/Julie A. Fowler
                          **JULIE A. FOWLER**
                   **United States Probation Officer**

**DATED:**   July 16, 2012
             Roseville, California
             /jaf

**REVIEWED BY:**   /s/ Kyriacos M. Simonidis
                        **KYRIACOS M. SIMONIDIS**
                        **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____x_____          Disapproved _____

July 16, 2012                                 /s/ Edmund F. Brennan
**Date**                                            **EDMUND F. BRENNAN**
                                            **United States Magistrate Judge**