UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                                    RE:    Gregory TEPENKIOZIS
                                              Docket Number: 2:09CR00017-01
                                              **PERMISSION TO TRAVEL**
                                              <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The probationer is requesting permission to travel to Greece. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 6, 2010, the probationer was sentenced for the offense of 18 USC 1030(a)(2)(A) - Computer Fraud (Class A Misdemeanor).

**Sentence imposed:** 60 months Probation; $131,795.30 restitution; $25 special assessment. **Special Conditions:** Search; Financial disclosure; No new credit/debt; Mental health treatment; 180 days home detention with electronic monitoring; Co-payment for treatment or testing.

**Dates and Mode of Travel:** Dates are approximately between March 6 and April 3, 2013; travel by air.

1
Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

**RE:** Gregory TEPENKIOZIS
Docket Number:  2:09CR00017-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Mr. Tepenkiozis has requested travel to Greece to visit his ailing parents. He has remained compliant with all conditions of supervision thus far. He signed a payment agreement to pay a minimum of $25-per-month toward his financial obligation. Several items were forfeited and have been applied to his restitution order. His ex-wife is financially supporting the trip. He previously traveled to Greece to see his parents in August, 2010, June, 2011, February 2012, and July 2012, and his travel and return were without incident. He plans to purchase airplane tickets if the Court approves his travel request.

Respectfully submitted,

/s/Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

**DATED:**   February 20, 2013
Roseville, California
/jaf

**REVIEWED BY:** /s/ Kyriacos M. Simonidis

**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved  **x**          Disapproved _____

July 11, 2013                                    *[signature]*
**Date**                                         **EDMUND F. BRENNAN**
                                                 **United States Magistrate Judge**