## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                                   **RE:    Gregory TEPENKIOZIS**
                                                 Docket Number:  2:09CR00017-01
                                                 <u>*AMENDED* PERMISSION TO TRAVEL</u>
                                                 <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Greece. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 6, 2010, the probationer was sentenced for the offense of 18 USC 1030(a)(2)(A) - Computer Fraud (Class A Misdemeanor).

**Sentence imposed:** 60 months Probation; $131,795.30 restitution; $25 special assessment. **Special Conditions:** Search; Financial disclosure; No new credit/debt; Mental health treatment; 180 days home detention with electronic monitoring; Co-payment for treatment or testing.

**Dates and Mode of Travel:** Dates are July 23 to August 15, 2013; travel by air.

**RE:** Gregory TEPENKIOZIS
**Docket Number: 2:09CR00017-01**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** Mr. Tepenkiozis has requested travel to Greece to visit his ailing parents. He has remained compliant with all conditions of supervision thus far. He is current with restitution payments, and several items were forfeited and have been applied to his restitution order. His ex-wife is financially supporting the trip, and is traveling with him, as well as their child. Mr. Tepenkiozis has previously been granted travel to Greece in August, 2010, June, 2011, February 2012, July 2012, and February 2013, and his travel and return were without incident. He plans to purchase airplane tickets if the Court approves his travel request.

Respectfully submitted,

/s/Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

**DATED:** June 20, 2013
Roseville, California
/jaf

**REVIEWED BY:** /s/ Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved **x**          Disapproved _____

July 15, 2013
**Date**

EDMUND F. BRENNAN
**United States Magistrate Judge**